IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 10-00301-DLJ |
| | ) | |
| Plaintiff | ) | ORDER |
| | ) | EXCLUDING TIME UNDER |
| | ) | THE SPEEDY TRIAL ACT |
| v. | ) | |
| | ) | |
| MARTIN MONTOYA | ) | |
| and DAKOTA CASPERSON, | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the motions hearing currently set for Tuesday, October 18, 2011, shall be continued to Tuesday, **November 1, 2011 at 11:00 a.m.**

THE COURT FURTHER FINDS that the previous motion, filing and briefing dates set are vacated, and the following dates substituted: the date of October 4, 2011 is set for Defense

motions to be filed, the date of October 18, 2011 is set for the filing of Government's replies to Defense motions and the date of October 25, 2011 is set for filing of Defense replies to Government responses.

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between September 20, 2011 and November 1, 2011, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) for effective preparation by defense counsel and these days are excluded from computation under the Speedy Trial Act because the need of the defendants for preparation outweighs the interests of the public and the defendant in a speedy trial. 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: September 8, 2011

_____
D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE